



1  Anna Y. Park, CA SBN 164242
   U.S. EQUAL EMPLOYMENT
2  OPPORTUNITY COMMISSION
3  255 East Temple Street, Fourth Floor
   Los Angeles, CA 90012
4  Telephone:  (213) 894-1083
5  Facsimile:  (213) 894-1301
6  E-Mail:  lado.legal@eeoc.gov

7  Attorney for Plaintiff
   U.S. EQUAL EMPLOYMENT
8  OPPORTUNITY COMMISSION

9

10            **UNITED STATES DISTRICT COURT**

11            **CENTRAL DISTRICT OF CALIFORNIA**

12  U.S. EQUAL EMPLOYMENT            ) **CV10 7280** ◀FMU
13  OPPORTUNITY COMMISSION,          ) **COMPLAINT-CIVIL RIGHTS;**
14                                   ) **EMPLOYMENT**
                                     ) **DISCRIMINATION**
15           Plaintiff,              ) (42 U.S.C. §§ 2000e, et seq.
16      vs.                          ) and 12117)
17
18  AMERICAN APPAREL, AND DOES       )
    1-10, INCLUSIVE,                 ) **JURY TRIAL DEMAND**
19
20           Defendant(s).           )

21

22            **NATURE OF THE ACTION AND JURISDICTION**

23       This is an action under Title I of American with Disabilities Act of 1990

24  ("ADA"), and Title I of the Civil Rights Act of 1991, to correct unlawful

25  employment practices on the basis of disability and to seek relief on behalf of Jose

26  De Los Santos, the Charging Party, who was adversely affected by such practices.

27  Plaintiff U.S. Equal Employment Opportunity Commission  ("EEOC") alleges

28  that Defendants American Apparel, and Does 1-10 ("Defendants") subjected Jose

De Los Santos ("De Los Santos") to various adverse employment actions on the basis of his disability (metastatic testicular cancer) in violation of Section 102 of the ADA, 42 U.S.C. §§ 12112. More specifically, Defendants discriminated against De Los Santos by failing to provide reasonable accommodation by extending his leave and by terminating his employment because of his disability.

## JURISDICTION AND VENUE

1.     Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§ 451, 1331, 1337, 1343 and 1345. This action is authorized and instituted pursuant to § 107(a) of the ADA, 42 U.S.C. §12117(a), which incorporates by reference §§ 706(f)(1) and (3) of Title VII of the Civil Rights Act of 1964 ("Title VII"), 42 U.S.C. §§ 2000e-5(f)(1) and (3) and pursuant to § 102 of the Civil Rights Act of 1991, 42 U.S.C. § 1981a.

2.     The employment practices alleged to be unlawful were committed within the jurisdiction of the United States District Court for the Central District of California.

## PARTIES

3.     Plaintiff, the U.S Equal Employment Opportunity Commission ("EEOC" or the "Commission"), is the agency of the United States of America charged with the administration, interpretation and enforcement of Title I of the ADA and is expressly authorized to bring this action by § 107(a) of the ADA, 42 U.S.C. § 12117(a), which incorporates by reference § 706(f)(1) of Title VII, 42 U.S.C. § 2000e-5(f)(1).

4.     At all relevant times, Defendants have continuously been California corporations doing business in Los Angeles County, State of California, and have continuously had at least 15 employees.

5.     At all relevant times, Defendants have continuously been employers engaged in an industry affecting commerce within the meaning of § 101(5) of the ADA, 42 U.S.C. § 12111(5), and § 101(7) of the ADA, 42 U.S.C. § 12111(7),

1 | which incorporates by reference §§ 701(g) and (h) of Title VII, 42 U.S.C. §§

2 | 701(g) and (h) of Title VII, 42 U.S.C. §§ 2000e(g) and (h).

3 |      6.    At all relevant times, Defendants have been covered entities under

4 | § 101(2) of the ADA, 42 U.S.C. § 12111(2).

5 |      7.    All of the acts and failures to act alleged herein were duly performed

6 | by and attributable to all Defendants, each acting as a successor, agent, employee,

7 | alter ego, indirect employer, joint employer or under the direction and control of

8 | the others, except as specifically alleged otherwise.  Said acts and failures to act

9 | were within the scope of such agency and/or employment, and each Defendant

10 | participated in, approved and/or ratified the unlawful acts and omissions by the

11 | other Defendants complained of herein.  Whenever and wherever reference is

12 | made in this Complaint to any act by a Defendant or Defendants, such allegations

13 | and reference shall also be deemed to mean the acts and failures to act of each

14 | Defendant acting individually, jointly, and/or severally.

15 |      8.    Plaintiff is ignorant of the true names and capacities of each

16 | defendant sued as DOES 1 through 10, inclusively, and therefore Plaintiff sues

17 | said defendants by fictitious names.  Plaintiff reserves the right to amend the

18 | complaint to name each DOE defendant individually or corporately as it becomes

19 | known.  Plaintiff alleges that each DOE defendant was in some manner

20 | responsible for the acts and omissions alleged herein and Plaintiff will amend the

21 | complaint to allege such responsibility when the same shall have been ascertained

22 | by Plaintiff.

23 | **CONDITIONS PRECEDENT**

24 |      9.    More than thirty (30) days prior to the institution of this lawsuit, Jose

25 | De Los Santos filed a charge of discrimination with the Commission alleging that

26 | Defendants violated Title I of the ADA.

27 |      10.    Prior to the institution of this lawsuit, the Commission's

28 | representatives attempted to eliminate the unlawful employment practices alleged

1  below and to effectuate Defendants' voluntary compliance with Title I of the
2  ADA through informal methods of conciliation, conference, and persuasion.

3        11.    Prior to the institution of this lawsuit, all conditions precedent were
4  satisfied.

5                        **STATEMENT OF CLAIMS**

6        12.    Jose De Los Santos is actually disabled within the meaning of the
7  ADA due to having and being treated for metastatic testicular cancer.

8        13.    Defendants have engaged in unlawful employment practices in
9  violation of § 102 (a) and (b), 42 U.S.C. § 12112 (a) and (b).  Defendants
10 discriminated against De Los Santos, their employee, on the basis of his disability
11 when they denied him reasonable accommodations in violation of 42 U.S.C. §
12 12112 (b).  More specifically, Defendants denied reasonable accommodation to
13 De Los Santos when Defendants failed to provide reasonable accommodation by
14 extending his leave for medical treatment and by terminating his employment
15 because of his disability.

16       14.    The effect of the practices complained of as described in paragraphs
17 12 through 13 has been to deprive De Los Santos of equal employment
18 opportunities.

19       15.    The unlawful employment practices in paragraphs 12 through 13
20 above were intentional.

21       16.    The unlawful employment practices complained of above were done
22 with malice or with reckless indifference to De Los Santos' federally protected
23 rights.

24                        **PRAYER FOR RELIEF**

25       Wherefore, the Commission respectfully requests that this Court:

26       A.    Grant a permanent injunction enjoining Defendants, their officers,
27 successors, assigns, and all persons in active concert or participation with each of

28

1  them, from engaging in any employment practices which discriminate on the basis

2  of disability.

3       B.     Order Defendants to institute and carry out policies, practices, and

4  programs to ensure that they would not engage in unlawful employment practices

5  in violation of § 102(a) and (b), 42 U.S.C. § 12112(a) and (b).

6       C.     Order Defendants to make De Los Santos whole by providing

7  compensation for past and future pecuniary losses, including but not limited to

8  back pay and front pay, resulting from the unlawful employment practices

9  described above in the amounts to be determined at trial.

10      D.     Order Defendants to make De Los Santos whole by providing

11 compensation for non-pecuniary losses resulting from the unlawful employment

12 practices described above in amounts to be determined at trial.  The non-pecuniary

13 losses include emotional pain, suffering, inconvenience, mental anguish,

14 humiliation and loss of enjoyment of life, in amounts to be determined at trial.

15      E.     Order Defendants to pay De Los Santos punitive damages for their

16 malicious and/or reckless conduct in an amount to be determined at trial.

17      F.     Award the Commission its costs of this action.

18      G.     Grant such further relief as the Court deems necessary and proper in

19 the public interest.

20 \\

21 \\

22

23

24

25

26

27

28

## JURY TRIAL DEMAND

The Commission requests a jury trial on all questions of fact raised by its complaint.

P. DAVID LOPEZ
General Counsel

JAMES LEE
Deputy General Counsel

GWENDOLYN REAMS
Associate General Counsel

U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
131 "M" Street, NE.
Washington, D.C. 20507

Dated:  September 27, 2010

ANNA Y. PARK
Regional Attorney
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION

ORIGINAL

AO 440 (Rev. 02/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Central District of California

| | |
|---|---|
| U.S. Equal Employment Opportunity Commission | ) |
| *Plaintiff* | ) |
| v. | ) |
| American Apparel, and Does 1-10, Inclusive | ) |
| *Defendant* | ) |

**CV10  7280  FMO**

Civil Action No.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  American Apparel

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Anna Y. Park
> US Equal Employment Opportunity Commission
> 255 E. temple St., 4th Floor
> Los Angeles, CA. 90012

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

**CHRISTOPHER POWERS**

Date:  SEP 29 2010

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 02/09)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❐  I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❐  I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐  I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❐  I returned the summons unexecuted because _____ ; or

❐  Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.


Date: _____        _____
                                              *Server's signature*

                                              _____
                                              *Printed name and title*


                                              _____
                                              *Server's address*

Additional information regarding attempted service, etc:

COPY

AO 440 (Rev. 02/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Central District of California

| | | |
|---|---|---|
| U.S. Equal Employment Opportunity Commission | ) | **CV10 7280** ◄ FMO |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. |
| American Apparel, and Does 1-10, Inclusive | ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  American Apparel

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Anna Y. Park
> US Equal Employment Opportunity Commission
> 255 E. temple St., 4th Floor
> Los Angeles, CA. 90012

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

CHRISTOPHER POWERS

Date: _____   SEP 29 2010   _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 02/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.


Date: _____          _____
                                          *Server's signature*

                             _____
                                          *Printed name and title*

                             _____
                                          *Server's address*

Additional information regarding attempted service, etc:

COPY

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
CIVIL COVER SHEET

| | |
|---|---|
| **I (a) PLAINTIFFS** (Check box if you are representing yourself ☐)<br><br>U.S. Equal Employment Opportunity Commission | **DEFENDANTS**<br><br>American Apparel, and Does 1-10, Inclusive |
| **(b)** Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)<br><br>Anna Y. Park, U.S. Equal Employment Opportunity Commission<br>255 E. Temple Street, 4th Floor, Los Angeles, CA 90012<br>(213) 894-1083 | Attorneys (If Known) |

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☑ 1 U.S. Government Plaintiff

☐ 2 U.S. Government Defendant

☐ 3 Federal Question (U.S. Government Not a Party)

☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☑ 1 Original Proceeding

☐ 2 Removed from State Court

☐ 3 Remanded from Appellate Court

☐ 4 Reinstated or Reopened

☐ 5 Transferred from another district (specify):

☐ 6 Multi-District Litigation

☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT:   JURY DEMAND:** ☑ Yes  ☐ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☑ No          ☐ **MONEY DEMANDED IN COMPLAINT: $** _____

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
42 U.S.C. §§ 2000e, et seq. and 12117, by failing to provide reasonable accommodation because of disability

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS<br>PERSONAL INJURY | TORTS<br>PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 535 Death Penalty | ☐ 740 Railway Labor Act |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | **BANKRUPTCY** | ☐ 540 Mandamus/ Other | ☐ 790 Other Labor Litigation |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 550 Civil Rights | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | ☐ 555 Prison Condition | **PROPERTY RIGHTS** |
| ☐ 490 Cable/Sat TV | | ☐ 355 Motor Vehicle Product Liability | **CIVIL RIGHTS** | **FORFEITURE / PENALTY** | ☐ 820 Copyrights |
| ☐ 810 Selective Service | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 610 Agriculture | ☐ 830 Patent |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 160 Stockholders' Suits | ☐ 362 Personal Injury- Med Malpractice | ☑ 442 Employment | ☐ 620 Other Food & Drug | ☐ 840 Trademark |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 190 Other Contract | ☐ 365 Personal Injury- Product Liability | ☐ 443 Housing/Acco-mmodations | ☐ 625 Drug Related Seizure of Property 21 USC 881 | **SOCIAL SECURITY** |
| ☐ 890 Other Statutory Actions | ☐ 195 Contract Product Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | ☐ 630 Liquor Laws | ☐ 861 HIA (1395ff) |
| ☐ 891 Agricultural Act | ☐ 196 Franchise | **IMMIGRATION** | ☐ 445 American with Disabilities - Employment | ☐ 640 R.R. & Truck | ☐ 862 Black Lung (923) |
| ☐ 892 Economic Stabilization Act | **REAL PROPERTY** | ☐ 462 Naturalization Application | ☐ 446 American with Disabilities - Other | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 893 Environmental Matters | ☐ 210 Land Condemnation | ☐ 463 Habeas Corpus- Alien Detainee | ☐ 440 Other Civil Rights | ☐ 660 Occupational Safety /Health | ☐ 864 SSID Title XVI |
| ☐ 894 Energy Allocation Act | ☐ 220 Foreclosure | ☐ 465 Other Immigration Actions | | ☐ 690 Other | ☐ 865 RSI (405(g)) |
| ☐ 895 Freedom of Info. Act | ☐ 230 Rent Lease & Ejectment | | | | **FEDERAL TAX SUITS** |
| ☐ 900 Appeal of Fee Determi-nation Under Equal Access to Justice | ☐ 240 Torts to Land | | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | ☐ 245 Tort Product Liability | | | | ☐ 871 IRS-Third Party 26 USC 7609 |
| | ☐ 290 All Other Real Property | | | | |

CV10 7280

**FOR OFFICE USE ONLY:**   Case Number: _____

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

## UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
### CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☑ No  ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☑ No  ☐ Yes
If yes, list case number(s): _____

**Civil cases are deemed related if a previously filed case and the present case:**
(Check all boxes that apply)  ☐ A. Arise from the same or closely related transactions, happenings, or events; or
☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D. Involve the same patent, trademark or copyright, <u>and</u> one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named plaintiff resides.
☑  Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles County | |

(b)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named defendant resides.
☐  Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles County | |

(c)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** claim arose.
**Note: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles County | |

**\* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties**
Note: In land condemnation cases, use the location of the tract of land involved

X. SIGNATURE OF ATTORNEY (OR PRO PER): _____  Date 9/27/10

**Notice to Counsel/Parties:** The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |